IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No.: 10-16854 |
| DIEDRA HARRIS-EASLEY, | * | Chapter 13 |
| Debtor(s). | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| DIEDRA HARRIS-EASLEY, | * | |
| Plaintiff, | * | |
| vs. | | Adversary Proceeding Case No.: 10-00341 |
| ATLANTIC CREDIT & FINANCE, INC. | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO DISMISS ADVERSARY PROCEEDING**

The Debtor, through his/her undersigned counsel, files this *Motion To Dismiss Case* and in support states that:

1. On March 30, 2010, this case was filed under Chapter 13 of the Bankruptcy Code.

2. On May 20, 2010, an Adversary Proceeding was filed on behalf of the Debtor in this Court.

3. The matter at issue in the Adversary Proceeding has been resolved.

WHEREFORE, the Debtor respectfully requests that this Court dismiss the Adversary Proceeding captioned above.

Respectfully submitted,

Date: May 24, 2010            \_\_\_\_\_/s/_____
Adam M. Freiman, Esq., Bar No. 23047
Sirody, Freiman & Feldman, P.A.
1777 Reisterstown Road, Suite 360
Baltimore, MD  21208
(410) 415-0445
Counsel for the Debtor

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this, the 24th day of May 2010, a copy of the foregoing *Motion To Dismiss Adversary Proceeding* was mailed first class, postage prepaid to: Mitchell Rubenstein, Esquire, Rubenstein, Cogan & Revesman, P.C., Olde Town Office Center, 12 South Summit Avenue, Gaithersburg, MD 20877, Attorney for Defendant; and, delivered by electronic means to the Case Trustee and the U.S. Trustee.

                                                    _____/s/_____
                                                  Adam M. Freiman, Esquire, Bar No. 23047